UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKHAIL PETROV,<br><br>                    Petitioner(s),<br>   v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>                    Respondent(s). | CASE NO. C25-2647-KKE<br><br>ORDER TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER |

Petitioner filed a petition for writ of habeas corpus challenging his immigration detention, and simultaneously moved for a temporary restraining order ("TRO") to prevent his removal from the United States or transfer from this jurisdiction to another detention facility before his petition is resolved. Dkt. Nos. 1, 2. After these filings were processed by the Court, the clerk entered a scheduling order requiring that the Government provide at least 48 hours' notice before Petitioner is removed or transferred. Dkt. No. 3 at 2.

Petitioner's TRO motion does not comply with Federal Rule of Civil Procedure 65(b)(1) in that it does not provide particularized reasoning why Petitioner needs relief before the Government can be heard. Dkt. No. 2. Accordingly, the Court orders an expedited schedule for the Government to respond: the Government must file any opposition no later than noon on

ORDER TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER - 1

December 23, 2025. No reply will be considered. The clerk is directed to RE-NOTE the TRO motion (Dkt. No. 2) for December 23, 2025.

Dated this 22nd day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge