UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKHAIL PETROV,<br><br>            Petitioner(s),<br>     v.<br><br>LAURA HERMOSILLO, et al.,<br><br>            Respondent(s). | CASE NO. C25-2647-KKE<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

The Court previously granted Petitioner's motion for a temporary restraining order ("TRO"), enjoining Respondents from removing or transferring Petitioner from the Northwest ICE Processing Center. Dkt. No. 8. This TRO expires on January 6, 2026 (*id.*), but Petitioner's traverse is not due until January 12, 2026. *See* Dkt. No. 3.

To permit Petitioner to file a traverse before the expiration of the TRO, and to allow adequate time for the Court to review the merits of his habeas petition, the Court finds good cause to extend the TRO an additional 14 days, to January 20, 2026. *See* Fed. R. Civ. P. 65(b)(2). Accordingly, the Court ORDERS that the relief ordered in the TRO (Dkt. No. 8) is extended to January 20, 2026, and it will expire on that date unless further extended by this Court.

Dated this 6th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1