# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MIHAIL PETROV,<br><br>       Petitioner(s),<br> v.<br><br>LAURA HERMOSILLO, et al.,<br><br>       Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-2647-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's petition for writ of habeas corpus is GRANTED.

Dated January 14, 2026.

                  Joshua C. Lewis
                  Clerk of Court


                  */s/ Alejandro Pasaye Hernandez*
                  Deputy Clerk